**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-6204**

---

PETER GEORGE LIOUNIS,

        Plaintiff - Appellant,

    v.

UNITED STATES OF AMERICA,

        Defendant - Appellee.

---

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  John Preston Bailey, District Judge.  (5:23-cv-00311-JPB-JPM)

---

Submitted:  June 6, 2024                        Decided:  June 20, 2024

---

Before WILKINSON and AGEE, Circuit Judges, and MOTZ, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Peter George Liounis, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Peter George Liounis appeals the district court's order accepting the magistrate judge's recommendation and dismissing for lack of subject matter jurisdiction his civil action seeking relief under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671-80. Liounis also appeals the district court's order denying his motion for reconsideration. We have reviewed the record and discern no reversible error. *See Clendening v. United States*, 19 F.4th 421, 432, 434-36 (4th Cir. 2021) (discussing discretionary function exception), *cert. denied*, 143 S. Ct. 11 (2022); *Robinson v. Wix Filtration Corp.*, 599 F.3d 403, 407 (4th Cir. 2010) (explaining standard of review for denial of reconsideration motion). Accordingly, we affirm the district court's orders. *Liounis v. United States*, No. 5:23-cv-00311-JPB-JPM (N.D.W. Va. Feb. 6, 2024; Feb. 21, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*